UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DELMAR HENDERSON,<br><br>            Plaintiff,<br><br>    v.<br><br>G. AGAME,<br><br>            Defendant. | Case No. 1:20-cv-00635-NONE-JLT (PC)<br><br>**ORDER TO SHOW CAUSE WHY SANCTIONS SHOULD NOT BE IMPOSED FOR FAILURE TO COMPLY WITH THE COURT'S ORDER**<br><br>14-DAY DEADLINE |

On March 9, 2021, the Court issued an order finding service of Plaintiff's complaint appropriate and directing e-service on Defendant Agame. (Doc. 17.) The Court directed the California Attorney General's Office to file a waiver of service of process within 30 days of CDCR's filing of a "Notice of E-Service Waiver." (*Id.* at 2.) CDCR filed the notice on April 13, 2021, indicating Defendant Agame's intent to waive service. (Doc. 19.) Although more than 30 days have passed, the Attorney General's Office has not filed a waiver of service.

Accordingly, Defendant shall show cause, within 14 days, why sanctions should not be imposed for failure to comply with the Court's order. Alternatively, within that same time, the Attorney General's Office may file a waiver of service of process on behalf of Defendant Agame.

///

///

///

The Court directs the Clerk of the Court to serve this order via email on Supervising Deputy Attorney General Lawrence Bragg.

IT IS SO ORDERED.

Dated:  **June 2, 2021**                    **/s/ Jennifer L. Thurston**
CHIEF UNITED STATES MAGISTRATE JUDGE