UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GARY DELMAR HENDERSON,<br><br>        Plaintiff,<br><br>    v.<br><br>G. AGAME,<br><br>        Defendant. | Case No. 1:20-cv-00635-NONE-JLT (PC)<br><br>**ORDER GRANTING DEFENDANT'S *EX PARTE* APPLICATION FOR AN EXTENSION OF TIME**<br><br>(Doc. 24) |

Defendant requests *ex parte* an extension of time to file a responsive pleading to Plaintiff's first amended complaint. (Doc. 24.) The current deadline to respond to the complaint is June 14, 2021. (*See* Docs. 17, 19.) Upon review of Defendant's application, including defense counsel's supporting declaration, the Court finds good cause to grant the request. Accordingly, Defendant's application is GRANTED. Defendant shall have until August 13, 2021, to respond to Plaintiff's first amended complaint.

IT IS SO ORDERED.

    Dated:    **June 11, 2021**              /s/ Jennifer L. Thurston
                                      CHIEF UNITED STATES MAGISTRATE JUDGE