IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GARY DELMAR HENDERSON,** | Case No.:1:20-cv-00635 NONE JLT |
| Plaintiff, | **ORDER DIRECTING THE CLERK OF COURT TO ASSIGN A DISTRICT JUDGE TO THIS CASE AND TO CLOSE THE ACTION** |
| v. | |
| **AGAME et al,** | (Doc. 39) |
| Defendants. | |

The parties have stipulated, according to Federal Rules of Civil Procedure Rule 41(a)(1) to dismiss this action with prejudice, with each side to bear their own fees and costs. (Doc. 39). Accordingly, the Clerk of Court is DIRECTED to assign a district judge for the purpose of closing this case and then to close this action.

IT IS SO ORDERED.

Dated:  **November 1, 2021**          _ /s/ Jennifer L. Thurston**
                                                                                      CHIEF UNITED STATES MAGISTRATE JUDGE